<u>CRIMINAL PROCEEDINGS</u> - **Sentencing**

     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

```
Judge B. Lynn Winmill           Date: July 9, 2019
Case No. 1:15-cr-153            Deputy Clerk: Jamie Bracke
and 1:18-cr-257                 Reporter: Tammy Hohenleitner
Place: Boise                    Time: 11:18 – 11:55 a.m.
```

UNITED STATES OF AMERICA vs VADIM N DMITRUK

Counsel for United States – Christian Nafzger
Counsel for Defendant – Charles Peterson
Probation – Caitlyn O'Very

(X)    The Court reviewed the case history.
(X)    Counsel made sentencing recommendations to the Court.
(X)    Defendant made remarks on his own behalf.
(X)    The Court granted the Government's motion for 3rd point reduction for acceptance of responsibility.
(X)    The Court granted the request for a downward departure.
(X)    The Court adopted the Presentence Report.
(X)    Adjusted offense level 17. Criminal history category II. Guideline range 27-33 months.
(X)    The Court denied the defendant's request to voluntarily surrender.
(X)    Court addressed 3553(a) factors and finds no grounds to sentence outside the guideline range.

SENTENCE: Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 27 months in case 1:15-cr-257 and 4 months in case 1:15-cr-153, all such terms to run concurrently.

The defendant shall pay to the United States a special assessment of $200, which shall be due immediately ($100 special assessment per case).

The Court finds the defendant does not have the ability to pay a fine, therefore the fine is waived.

While in custody, the defendant shall submit nominal payments of not less than $25 per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $25 per month, unless further modified by the Court.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years in case 1:15-cr-257 and 3 years in case 1:15-cr-153, all such terms to run concurrently. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the Sentencing Recommendation (Dkt. 23 in case 1:15-cr-153 and Dkt. 40 in case 1:18-cr-257).

The Court recommends that the defendant be credited with all time served in federal custody, that the defendant participate in the RDAP program, and that the defendant be placed in the facility at Sheridan, Oregon.

(X)   Defendant advised of penalties for violation of terms and conditions of supervised release.

(X)   Right to appeal explained.

(X)   Defendant remanded to the custody of the United States Marshals Service.